UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
*******************************
EILEEN MCGAHAN,

          Plaintiff,

    v.

MICHAEL J. ASTRUE,
COMMISSIONER
OF SOCIAL SECURITY,

          Defendant.
*******************************

Civil Action No. 10-0789

**CONSENT ORDER TO
REMAND PURSUANT TO
SENTENCE 4 OF
42 U.S.C. § 405(g)**

This matter having been opened to the Court by RICHARD S. HARTUNIAN, Interim United States Attorney for the Northern District of New York, and Sixtina Fernandez, Special Assistant United States Attorney, attorneys for Defendant, for an Order remanding the within cause of action to the Defendant pursuant to sentence 4 of 42 U.S.C. § 405(g) so that further administrative action may be taken; and Plaintiff, through the undersigned attorney, having consented to the within order and the requested remand, and the Court having considered the matter,

IT IS on this       day of March, 2011;

ORDERED that the final decision of the Commissioner be and hereby is REVERSED, and the matter is REMANDED to the Defendant for further administrative action, and it is further

ORDERED that the within matter, be and hereby is, DISMISSED in accord with the decision in Melkonyan v. Sullivan, 501 U.S. 89 (1991).

IT IS SO ORDERED.

_Norman A. Mordue_
Andrew T. Baxter, Magistrate Judge
United States District Court

_Norman A. Mordue_
Norman A. Mordue
Chief Judge

Dated: _March 7, 2011_

The undersigned hereby consent to the form and entry of the within order.

RICHARD S. HARTUNIAN
United States Attorney


By:      *s/ Sixtina Fernandez*
         Sixtina Fernandez
         Special Assistant U.S. Attorney
         Bar No. 513910


Lachman & Gorton

By:      *s/Peter A. Gorton* by S.F.
         Peter A. Gorton, Esq.
         Attorney for Plaintiff