## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

_____

**EILEEN McGAHAN**

    vs.                                    **CASE NUMBER: 3:10-CV-789**
                                                              **(NAM/ATB)**

**MICHAEL ASTRUE,**
**Commissioner of Social Security**

_____

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Consent Order entered in this action the final decision of the Commissioner of Social Security is REVERSED, and this matter is REMANDED to the Commissioner for further administrative proceedings in accordance with Sentence 4 of 42 U.S.C. § 405(g). This action is DISMISSED in accord with the decision in Melkonyan v. Sullivan, 111 S. Ct. 2157 (1991).

All of the above pursuant to the Consent Order of the Honorable Chief United States District Judge Norman A. Mordue, dated the 7th day of March, 2011.

DATED: March 7, 2011

Clerk of Court

s/ Melissa Ennis
Melissa Ennis
Deputy Clerk